NICK DE MARTINI, Respondent, *v.* ELADE REALTY CORPORATION, Appellant.

Submitted April 3, 1944; decided April 13, 1944.

*James F. Conway* and *Walter G. Michaelis* for motion.
*Stephen J. Masse* opposed.

Motion denied with ten dollars costs and necessary printing disbursements on ·the ground that an appeal lies as of right.